1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                  CENTRAL DISTRICT OF CALIFORNIA

9                        WESTERN DIVISION

10

11   JERRON CALLAHAN,                  )   No. CV 10-09547-RGK (VBK)
                                       )
12              Petitioner,            )   ORDER ACCEPTING FINDINGS AND
                                       )   RECOMMENDATIONS OF THE UNITED
13        v.                           )   STATES MAGISTRATE JUDGE
                                       )
14   L. S. McEWEN,                     )
                                       )
15              Respondent.            )
     ─────────────────────────────     )

16

17        Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition

18   for Writ of Habeas Corpus ("Petition"), Respondent's Motion to

19   Dismiss, Petitioner's Opposition, all of the records herein and the

20   Report and Recommendation of the United States Magistrate Judge

21   ("Report").

22   //

23   //

24   //

25   //

26   //

27   //

28

1    **IT IS ORDERED** that: (1) the Court accepts the Findings and

2  Recommendations of the Magistrate Judge, and (2) the Court declines to

3  issue a Certificate of Appealability ("COA").[1]

4

5  DATED: January 11, 2012                    _____
                                              R. GARY KLAUSNER
6                                             UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14  _____

15      [1]     Under 28 U.S.C. §2253(c)(2), a Certificate of Appealability
    may issue "only if the applicant has made a substantial showing of the
16  denial of a constitutional right."  Here, the Court has adopted the
    Magistrate Judge's finding and conclusion that the Petition is time-
17  barred.  Thus, the Court's determination of whether a Certificate of
    Appealability should issue here is governed by the Supreme Court's
18  decision in Slack v. McDaniel, 529 U.S. 473, 120 S. Ct. 1595 (2000),
    where the Supreme Court held that, "[w]hen the district court denies
19  a habeas petition on procedural grounds without reaching the
    prisoner's underlying constitutional claim, a COA should issue when
20  the prisoner shows, at least, that jurists of reason would find it
    debatable whether the petition states a valid claim of the denial of
21  a constitutional right and that jurists of reason would find it
    debatable whether the district court was correct in its procedural
22  ruling."  529 U.S. at 484.  As the Supreme Court further explained:
23          "Section 2253 mandates that both showings be made before the
            court of appeals may entertain the appeal.  Each component
24          of the § 2253(c) showing is part of a threshold inquiry, and
            a court may find that it can dispose of the application in
25          a fair and prompt manner if it proceeds first to resolve the
            issue whose answer is more apparent from the record and
26          arguments."  Id. at 485.
27          Here, the Court finds that Petitioner has failed to make the
    requisite showing that "jurists of reason would find it debatable
28  whether the district court was correct in its procedural ruling."