JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JERRON CALLAHAN, | ) No. CV 10-09547-RGK (VBK) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| L. S. McEWEN, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: January 11, 2012

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE